UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVIN FERTIG, <br><br> Plaintiff, <br><br> v. <br><br> SCIENTIFIC DRILLING INTERNATIONAL, INC., et al., <br><br> Defendants. | Case No.: 1:14-cv-00354 LJO JLT <br><br> ORDER AFTER NOTICE OF SETTLEMENT <br><br> (Doc. 8) |

On June 24, 2014, Plaintiff notified the Court he had reached a settlement of the matter. (Doc. 8) Pursuant to Local Rule 160, **IT IS HEREBY ORDERED**:

1. The stipulated request for dismissal **SHALL** be filed no later than **July 25, 2014**;
2. All pending dates, conferences and hearings are **VACATED** and any pending motions are ordered **TERMINATED**.

**<u>Failure to comply with this order may be grounds for the imposition of sanctions on counsel or the parties who contributed to violation of this order.  See Local Rules 110, 160.</u>**

IT IS SO ORDERED.

Dated:   **June 26, 2014**              /s/ Jennifer L. Thurston
                                                  UNITED STATES MAGISTRATE JUDGE

1