UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVIN FERTIG,<br><br>    Plaintiff,<br><br>    v.<br><br>SCIENTIFIC DRILLING INTERNATIONAL, INC., et al.,<br><br>    Defendants. | Case No.: 1:14-cv-00354 - LJO - JLT<br><br>ORDER TO THE PARTIES TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR THEIR FAILURE TO COMPLY WITH THE COURT'S ORDER |

On June 24, 2014, Plaintiff Devin Fertig notified the Court that the action had been settled, and requested thirty days to file the dismissal. (Doc. 8.) On June 26, 2014, the Court vacated all pending hearings and deadlines, and ordered the parties to file a stipulated request for dismissal "no later than **July 25, 2014**." (Doc. 9 at 1, emphasis in original.) However, the parties failed to file a request for dismissal.

The Local Rules, corresponding with Fed. R. Civ. P. 11, provide: "Failure of counsel or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court." Local Rule 110. "District courts have inherent power to control their dockets," and in exercising that power, a court may impose sanctions including dismissal of an action. *Thompson v. Housing Authority of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986). A court may dismiss an action with prejudice, based on a party's failure to prosecute an action or failure to obey a court order, or failure to comply with local rules. *See, e.g. Ferdik v.*

*Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (dismissal for failure to comply with an order requiring amendment of complaint); *Malone v. U.S. Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987) (dismissal for failure to comply with a court order); *Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal for failure to prosecute and to comply with local rules).

Accordingly, the parties are **ORDERED** to show cause within 14 days of the date of service of this Order why sanctions should not be imposed for their failure to comply with the Court's order or, in the alternative, to file a stipulated request for dismissal.

IT IS SO ORDERED.

Dated:   **July 30, 2014**                              **/s/ Jennifer L. Thurston**
                                                        UNITED STATES MAGISTRATE JUDGE