# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| DEVIN FERTIG,<br><br>    Plaintiff,<br><br>  vs.<br><br>SCIENTIFIC DRILLING INTERNATIONAL, INC., *et al.*,<br><br>    Defendants. | Case No. 1:14-cv-00354-LJO-JLT<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE (DOC. 11)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the stipulation of all parties, Doc. 11, the Court orders as follows:

1. The entire above-captioned action is dismissed with prejudice; and
2. The parties shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:   **August 13, 2014**            /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE